COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
| --- | --- | --- |
| MANUEL ZARAGOZA AND | | No. 08-14-00260-CV |
| ELOISA ZARAGOZA, | § | |
| | | Appeal from |
| Appellants, | § | |
| | | 243rd District Court |
| v. | § | |
| | | of El Paso County, Texas |
| GUNNAR JESSEN AND | § | |
| ELIZABETH JESSEN, | | (TC # 2011-1569) |
| | § | |
| Appellees. | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF JUNE, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.